JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. MACKEY,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>DARREN MEYER, individually and in his official capacity as an employee of the California Highway Patrol,<br><br>　　　　　　Defendant. | Case No. CV 11-03560 DMG (JCx)<br><br>**JUDGMENT** |

　　　Pursuant to the Court's January 2, 2015 Order granting Defendant's Motion for Summary Judgment and denying Plaintiff's Motion for Summary Judgment [Doc. # 89], IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendant Darren Meyer and against Plaintiff Mark A. Mackey.

**IT IS SO ORDERED**.

DATED: January 5, 2015

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE